UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JEFFREY LIGGINS,

                Plaintiff,

     v.                                                9:04-CV-0966

DOUGLAS PARKER, et al.,

                Defendants.
_____

APPEARANCES:                            OF COUNSEL:

FOR THE PLAINTIFF:

JEFFREY LIGGINS, Pro Se

FOR THE DEFENDANT:

RYAN, SMALLACOMBE LAW FIRM        CLAUDIA A. RYAN, ESQ.
100 State St.                                  JOHN F. MOORE, ESQ.
Suite 800
Albany, NY 12207

NORMAN A. MORDUE, CHIEF JUDGE

<u>ORDER</u>

    The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 5th day of September, 2007.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

    ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Defendants' motion for summary judgment (Dkt. No. 33) is granted, and the Plaintiff's complaint is dismissed in its entirety.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: September 25, 2007
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge